**JOHN A. SHEPARDSON, SBN 129081**
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112
E Shepardsonlaw@me.com

Attorney for PLAINTIFFS
WAYNE MERRITT MOTOR CO., INC. DBA
RV'S OF MERRITT, & WAYNE & PEGGY MERRITT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., INC. dba RV'S OF MERRITT, WAYNE MERRITT, PEGGY MERRITT,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, and Does 2-100,<br><br>Defendants. | CASE NO.:  11-CV-01762 LHK<br><br>**STIPULATION AND ORDER FOR PLAINTIFFS TO HAVE LEAVE TO FILE THEIR PROPOSED SECOND AMENDED COMPLAINT** |

*Attached hereto, and marked as Exhibit 1 is Plaintiffs' proposed second amended complaint.  Plaintiffs and defendant, New Hampshire Insurance Company ("NHIC"), do hereby stipulate that Plaintiffs have leave to file the Second Amended Complaint.*

*By so stipulating above, NHIC does not concede the merit of any causes of action contained in the Second Amended Complaint and reserves its right to challenge any and all such causes of action.  The parties further stipulate that NHIC shall have thirty (30) days from the date this Court grants the instant Stipulation and Order within which to file*

Stipulation & Order 1762

1

Merritt v.  NHIC, 11-

*its response to Plaintiffs' Second Amended Complaint.*

   SO STIPULATED.

**DATED: 5/4/11**                              */s/ John A. Shepardson*
                                               *JOHN A. SHEPARDSON, ESQ.*
                                               *FOR PLAINTIFFS*

**DATED: 5/4/11**                              */s/ David T. DiBiase*
                                               *DAVID T. DIBIASE, ESQ. FOR*
                                               *DEFENDANT NEW HAMPSHIRE*
                                               *INSURANCE COMPANY*

   Based on said Stipulation, the Court grants Plaintiffs leave to file their proposed Second Amended Complaint.  Defendant New Hampshire Insurance Company's response to the Second Amended Complaint shall be filed no later than thirty (30) days from the below date that this Order is approved.  Plaintiffs shall file the Second Amended Complaint as a separate docket entry by Monday, May 9, 2011.

IT IS SO ORDERED.

Dated:__May 4, 2011_____

                                               _____
                                               HON. LUCY H. KOH