UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRIT MOTOR CO., ET AL., ) | Case No.: 11-CV-01762-LHK |
| ) | |
| Plaintiffs, ) | ORDER CONTINUING MOTION |
| v. ) | HEARING AND CASE MANAGEMENT |
| ) | CONFERENCE TO OCTOBER 20, 2011 |
| NEW HAMPSHIRE INSUR. CO., ) | AND SETTING DEADLINE FOR |
| ) | FILING OF REPLY |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

In this action, Defendant's motion to dismiss is currently set for a hearing on Thursday, September 15, 2011 at 1:30 p.m., with a case management conference to follow.  Counsel for Plaintiff, however, is unavailable on that date because he will be at the "Trial Lawyer College" from September 7, 2011 to October 2, 2011.  Accordingly, the Court continues the motion hearing and case management conference to Thursday, October 20, 2011 at 1:30 p.m.  Defendant's reply in support of its motion to dismiss, if any, is due by Friday, August 19, 2011.

**IT IS SO ORDERED.**

Dated: August 2, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge