DAVID T. DIBIASE (Bar No. 56883)
  dtd@amclaw.com
HENRY S. ZANGWILL (Bar No. 46203)
  hsz@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., INC. dba RV'S OF MERRITT, WAYNE MERRITT, PEGGY MERRITT,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. NEW HAMPSHIRE INSURANCE COMPANY, and Does 2-100,<br><br>Defendants. | Case No. CV11-01762 LHK ADR<br><br>[PROPOSED] ORDER RE: CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT |

**GOOD CAUSE APPEARING THEREFOR,** it is hereby ordered that the Continued Case Management Conference and the hearing on the Motion of New

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

960866.1 5735.091

CV11-01762 LHK ADR
ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT

1  Hampshire Insurance Company to Dismiss the Third Amended Complaint is
2  continued to July 26, 2012, at 1:30 p.m.
3
4
5  DATED:  May 24, 2012
6
7                                                  _____
8                                                  Hon. Lucy H. Koh
                                                   United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

960866.1 5735.091

2

CV11-01762 LHK ADR
ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS THIRD AMENDED COMPLAINT