UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., ET AL., ) | Case No.: 11-CV-01762-LHK |
| ) | |
| Plaintiffs, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | A JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| NEW HAMPSHIRE INS. CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for July 25, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Friday, July 20, 2012, at 3:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: July 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01762-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT