UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., ET AL., ) | Case No.: 11-CV-01762-LHK |
| ) | |
| Plaintiffs, ) | ORDER VACATING HEARING ON |
| v. ) | MOTION TO DISMISS |
| ) | |
| NEW HAMPSHIRE INS. CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

A hearing on Defendant's motion to dismiss the Third Amended Complaint is scheduled for July 26, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument and accordingly VACATES the July 26, 2012 hearing. The Court will issue an order on the motion shortly. The July 26, 2012 case management conference remains as set.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-01762-LHK
ORDER VACATING HEARING