UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., ET AL., ) | Case No.: 11-CV-01762-LHK |
| ) | |
| Plaintiffs, ) | ORDER RE: NOTICE OF |
| v. ) | SETTLEMENT |
| ) | |
| NEW HAMPSHIRE INS. CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On September 14, 2012, the parties notified the Court that they have reached a settlement in this matter. Accordingly, by November 1, 2012, the parties shall file their stipulation of dismissal or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: October 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 5:11-CV-01762-LHK
ORDER RE: NOTICE OF SETTLEMENT