UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRIT MOTOR CO., ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> NEW HAMPSHIRE INSUR. CO., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.: 11-CV-01762-LHK <br><br> ORDER RE DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 28, 2012 |

On September 14, 2012, the parties notified the Court that they reached a settlement in this matter. The Court then ordered the parties to file their stipulation of dismissal or a status report explaining why they are unable to do so by November 1, 2012. On October 23, 2012, the parties filed a Notice of Settlement informing the Court that the parties have finalized a Settlement Agreement and anticipate filing a Dismissal within three weeks. ECF. No. 56. Accordingly, the parties are ordered to file their stipulation of dismissal by November 13, 2012, and the case management conference presently scheduled for November 7, 2012, is continued to November 28, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01762-LHK
ORDER RE DISMISSAL AND CONTINUING CMC