1  JOHN A. SHEPARDSON, ESQ. SBN: 129081
   59 North Santa Cruz Avenue, Suite Q
2  Los Gatos, California 95030
   Telephone: (408) 395-3701
3  Facsimile: (408) 395-0112

4  Attorneys for Plaintiff,
   WAYNE MERRITT MOTOR CO., INC. dba
5  RV'S OF MERRITT, & WAYNE & PEGGY MERRITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| WAYNE MERRITT MOTOR CO., INC. dba RV'S OF MERRITT, WAYNE MERRITT, PEGGY MERRITT,<br><br>Plaintiff(s),<br><br>vs.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, and DOES 2-100, inclusive,<br><br>Defendants. | Case No. 11-CV-01762 LHK<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |
|---|---|

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated: November 6, 2012          LAW OFFICES OF JOHN A. SHEPARDSON


                                 By:  /S/ JOHN A. SHEPARDSON
                                      JOHN A. SHEPARDSON, Attorney for Plaintiffs
                                      WAYNE MERRITT MOTOR CO., INC. dba RV'S
                                      OF MERRITT, WAYNE MERRITT, PEGGY
                                      MERRITT

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 6, 2012 | ANDERSON, McPHARLIN & CONNERS LLP |

By:  /S/ HENRY S. ZANGWILL
DAVID T. DiBIASE
HENRY S. ZANGWILL
Attorneys for Defendant NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation

IT IS SO ORDERED.

Dated:  November 8, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

---

2

STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL                    CASE NO:  11-CV-01762 LHK