JOHN A. SHEPARDSON, ESQ. SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorneys for Plaintiff,
WAYNE MERRITT MOTOR CO., INC. dba
RV'S OF MERRITT, & WAYNE & PEGGY MERRITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WAYNE MERRITT MOTOR CO., INC. dba RV'S OF MERRITT, WAYNE MERRITT, PEGGY MERRITT,<br><br>Plaintiff(s),<br><br>vs.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, and DOES 2-100, inclusive,<br><br>Defendants. | Case No. 11-CV-01762 LHK<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated: November 6, 2012          LAW OFFICES OF JOHN A. SHEPARDSON


By:   /S/ JOHN A. SHEPARDSON
      JOHN A. SHEPARDSON, Attorney for Plaintiffs
      WAYNE MERRITT MOTOR CO., INC. dba RV'S
      OF MERRITT, WAYNE MERRITT, PEGGY
      MERRITT

1

Dated: November 6, 2012                          ANDERSON, McPHARLIN & CONNERS LLP

                                       By:   /S/ HENRY S. ZANGWILL
                                              DAVID T. DiBIASE
                                              HENRY S. ZANGWILL
                                              Attorneys for Defendant NEW HAMPSHIRE
                                              INSURANCE COMPANY, a Pennsylvania
                                              corporation

IT IS SO ORDERED.

Dated: November 8, 2012                          _____
                                                 LUCY H. KOH
                                                 United States District Judge

---

STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL                    CASE NO: 11-CV-01762 LHK

2